JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MERCHANT USA INTERNATIONAL, INC., and MICHEL ESSAKHAR,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY and DOES 1 - 50, Inclusive,<br><br>Defendants. | CASE No. 2:18−cv−07949 RGK (ASx)<br><br>**HONORABLE R. GARY KLAUSNER**<br><br>~~PROPOSED~~ **ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:        July 30, 2018<br>Discovery Cut-off:   June 12, 2019<br>Trial Date:          September 17, 2019 |

The Court having considered the Parties' Joint Stipulation For Dismissal With Prejudice, good cause appearing therefore, the entire action is dismissed with prejudice.

**IT IS HEREBY ORDERED**.

DATED: June 20, 2019

*Gary Klausner*

HONORABLE R. GARY KLAUSNER
United States District Judge

Submitted by:

Steven J. Elie
David A. Tartaglio
MUSICK, PEELER & GARRETT LLP
One Wilshire Building
624 S. Grand Avenue, Suite 2000
Los Angeles, CA 90017

Attorneys for STATE FARM GENERAL INSURANCE COMPANY